No. 26-30199

# In the United States Court of Appeals for the Fifth Circuit

WALTER ALLEN DUBOSE,

*Plaintiff – Appellant*

V.

PAUL CAMPBELL; DONNA NORMAN,

*Defendants – Appellees*

———————————

On Appeal from the United States District Court for the
Western District of Louisiana
3:24-cv-00120

———————————

UNOPPOSED MOTION OF DEFENDANTS-APPELLANTS,
PAUL CAMPBELL AND DONNA NORMAN, FOR LEVEL 2 EXTENSION TO FILE
ORIGINAL BRIEF

———————————

Respectfully Submitted by:
**Jason P. Wixom (LSBN 32273)**
**RODRIGUE & ARCURI, LLP**
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Phone:        (504)592-4600
Fax:          (504)592-4641
Email:        jason@rodriguearcuri.com
***Counsel for Defendants-Appellees***
***Paul Campbell and Donna Norman***

**MAY IT PLEASE THE COURT:**

Paul Campbell and Donna Normal ("Appellants") respectfully move for an unopposed Level 2 extension of time to file their Original Brief pursuant to Fed. R. App. P. 31 and United States Fifth Circuit Court of Appeal Rule 31.4.3.2 for the following reasons:

1.      Appellants Original Brief was first due to be filed on June 15, 2026.[1] However, on May 22, 2026, Appellants moved for an unopposed Level 1 extension of thirty (30) days to file that Brief.[2]  This Honorable Court granted Appellant's request and their Original Brief is presently due to be filed by no later than July 15, 2026.[3]

2.      Since January of this year, undersigned counsel's vision has progressively degraded.  Thinking that the issue was being caused by his glasses, undersigned counsel put off seeing an ophthalmologist until this past Thursday, June 25, 2026.  At that time undersigned counsel was told that he needs to undergo urgent surgery on both eyes.  The first surgery, on his left eye, has been rapidly scheduled for this upcoming Tuesday,

---

[1] R. Doc. 8.
[2] R. Doc. 12.
[3] R. Doc. 13.

June 30, 2026. The second surgery, on his right eye, will be conducted a week later, on July 7, 2026.

3.     Undersigned counsel's ability to prepare Appellants' Original Brief in this matter prior to the July 15, 2026, will be greatly hindered by these two procedures. Undersigned counsel had no reason to believe that optical surgical intervention would be needed at any point for his impaired vision, much less within five (5) and twelve (12) days after first seeing his ophthalmologist.

4.     Undersigned counsel has been a member of the Fifth Circuit bar since at least 2011 and, per his recollection, he has never requested a Level 2 extension and is only doing now under extraordinary circumstances.

5.     Considering the foregoing, Appellants respectfully request a thirty (30) day Level 2 extension to file their Original Brief, making that document due to be filed by no later than August 14, 2026.

6.     Appellants appreciate and understand that no additional extensions will be considered, nor will an additional extension be requested by Appellants.

7.    Counsel for Appellees has been contacted by undersigned counsel and has graciously indicated that he has no opposition to Appellants' request.

For these reasons, and believing that extraordinary circumstances have been shown, Appellants respectfully request an additional (30) days to file their Original Brief in this matter, or until August 14, 2026.

THIS, the 27th day of June, 2026.

Respectfully submitted,

RODRIGUE & ARCURI LLP

 s/ Jason P. Wixom
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
            COUNSEL FOR APPELLANTS
            Email: jason@rodriguearcuri.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which sent a notification of filing to all counsel.

s/ Jason P. Wixom
JASON P. WIXOM

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

Pursuant to 5th Cir. R. 32.2 and 32.3, the undersigned certifies that this Motion complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B).

1. EXCLUSIVE OF THE EXEMPTED PORTIONS IN 5th Cir. R. 32.2, THE BRIEF CONTAINS:

   A.  _413_ Words; OR

   B.  _N/A_ Lines of text in monospaced typeface.

2. THE MOTION HAS BEEN PREPARED:

   A.  in proportionally spaced typeface using: Software Name and Version: Microsoft Word for Office 365 in Century Schoolbook, 14 point font.

   B.  in monospaced (nonproportionally spaced) typeface using: _N/A_ Typeface name and number of characters per inch: _N/A_

3. THE UNDERSIGNED UNDERSTANDS A MATERIAL MISREPRESENTATION IN COMPLETION THIS CERTIFICATE, OR CIRCUMVENTION OF THE TYPE-VOLUME LIMITS IN Fed. R. App. P. 32(a)(7)(B), MAY RESULT IN THE COURT'S STRIKING THE BRIEF AND IMPOSING SANCTIONS AGAINST THE PERSON SIGNING THE BRIEF.

New Orleans, Louisiana, this 27th day of June, 2026.

_/s/Jason P. Wixom_
JASON P. WIXOM (LSBN 32273)