# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-30199   DuBose v. Campbell
               USDC No. 3:24-CV-120

The court has granted an extension of time to and including August 14, 2026 for filing appellant's brief in this case.

      Sincerely,

      LYLE W. CAYCE, Clerk

      By: _Rebecca Andry_
      Rebecca Andry, Deputy Clerk
      504-310-7638

Mr. Walter Allen DuBose
Mr. Samuel Weiss
Mr. Jason Paul Wixom