IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT

Walter Allen DuBose

Plaintiff-Appellee,

v.

Paul Campbell, et al.

Defendants-Appellants.

No. 26-30199

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE APPELLEE'S ANSWERING BRIEF**

Appellee respectfully requests a 30-day extension in which to file his answering brief from the current due date of September 14, 2026 to October 14, 2026.

1. Appellee proceeded before the district court and, initially, this Court *pro se*.
2. Undersigned Counsel recently entered an appearance to represent Appellee on this appeal on a pro bono basis. He is therefore new to this case.
3. Undersigned counsel works for a small non-profit organization and has a crush of impending deadlines, including an oral argument in the Tenth Circuit in *Crump v. Johnson County*, Case No. 25-3310 on Wednesday,

September 16, 2026; an opening brief in the Ninth Circuit in *Gaxiola v. Borla*, Case No. 26-1196, on Monday, September 21, 2026; an opening brief in the Seventh Circuit in *Craig v. Greene*, Case No. 26-1137 on Wednesday September 23, 2026; an opening brief in the Fourth Circuit in *Symmes v. North Carolina*, Case No. 26-6792 on Monday September 28, 2026; and several other matters.

4. This is Appellee's first request for an extension.

5. Appellants consented to this motion.

**CONCLUSION**

For the foregoing reasons, Appellee respectfully requests a 30-day extension of time, up to and including October 14, 2026 in which to file his answering brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Answering Brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: September 14, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 197 words.

Date: September 14, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033