# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30199 DuBose v. Campbell
USDC No. 3:24-CV-120

The court has granted an extension of time to and including October 14, 2026 for filing appellee's/respondent's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Kierston Jackson, Deputy Clerk

Mr. Walter Allen DuBose
Mr. Samuel Weiss
Mr. Jason Paul Wixom